**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brenda Faye Mize and David Mize, Defendants,

Of whom Brenda Faye Mize is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-000027

———————————

Appeal From Oconee County
Karen F. Ballenger, Family Court Judge

———————————

Unpublished Opinion No. 2020-UP-164
Submitted May 19, 2020 – Filed May 27, 2020

———————————

**AFFIRMED**

———————————

Allyson Sue Rucker, of The Rucker Law Firm, LLC, of
Greenville, for Appellant.

Andrew Troy Potter, of the South Carolina Department
of Social Services, of Anderson, for Respondent.

Kimberly Welchel Pease, of Kimberly R. Welchel,
Attorney at Law, of Seneca, for the Guardian ad Litem
for the minor children.

---

**PER CURIAM:** Brenda Faye Mize appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Mize's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and GEATHERS and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.